# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP SINGH,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | Case No. 1:26-cv-00027-KES-EPG-HC<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE JOINT STATEMENT REGARDING CASE MANAGEMENT |

    Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On January 10, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 3.)

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, the parties SHALL meet and confer and submit a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated: **January 12, 2026**            /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE

2