# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP SINGH,<br><br>      Petitioner,<br><br>  v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>      Respondents. | Case No. 1:26-cv-00027-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Per the joint proposed briefing schedule of the parties, (ECF No. 10), the Court HEREBY ORDERS:

1. Within thirty (30) days of the date of service of this order, Respondents SHALL FILE a response to the petition.
2. Within fifteen (15) days after the filing of Respondents' response, Petitioner SHALL FILE a reply.

IT IS SO ORDERED.

Dated: **January 21, 2026**      /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE