# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP SINGH, | Case No. 1:26-cv-00027-KES-EPG-HC |
| Petitioner, | FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons stated in the order granting preliminary injunction, the undersigned recommends that the petition for writ of habeas corpus be granted.

## I.

## BACKGROUND

On January 5, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order. (ECF Nos. 1, 2.) On January 10, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 3.[1]) On February 20, 2026, Respondents filed a response, and Petitioner filed a reply on February 23, 2026. (ECF Nos. 12, 13.)

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

## II.

## DISCUSSION

The district judge previously ordered Respondents to show cause "as to whether there are any factual or legal issues in this case that render it distinguishable from the Court's prior orders in *Clene C.D. v. Robbins, Carmen G.C. v. Robbins, Bilal A. v. Wofford*, and *W.V.S.M. v. Wofford* and justify denying the motion, or indicate the matter is not substantively distinguishable." (ECF No. 4.) "As respondents have not identified any factual or legal issues in this case that render it distinguishable from the Court's prior decisions . . . and for the reasons stated in those prior orders," the district judge granted a preliminary injunction and ordered Petitioner's immediate release. (ECF No. 8 at 2.)

In the response, Respondents argue that the Court should deny the petition for the reasons stated in Respondents' opposition to the motion for temporary restraining order/preliminary injunction. (ECF No. 12 at 1.) These arguments have been rejected by this Court in the previous decisions set forth in the order granting preliminary injunction. (ECF No. 8 at 2.)

Respondents also "bring to the Court's attention a recent decision by the Fifth Circuit, *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330, at *1 (5th Cir. Feb. 6, 2026)," which "held that noncitizens, like Petitioner, who are deemed to be 'applicants for admission' under 8 U.S.C. § 1225(a)(1) are 'seeking admission' and so are subject to detention under § 1225(b)(2)(A)." (ECF No. 12 at 1 (citing Buenrostro-Mendez, 2026 WL 323330, at *1–10).) This Court has stated that it "finds the analysis in . . . the dissent in *Buenrostro-Mendez* to be more persuasive on the statutory interpretation issue. In any event, the *Buenrostro-Mendez* decision did not address the due process claim at issue in the present case." Singh v. Chestnut, No. 1:26-cv-1510-KES-SKO (HC), 2026 WL 564427, at *1 n.1 (E.D. Cal. Feb. 28, 2026).

Accordingly, for the reasons stated in the previous decisions set forth in the order granting preliminary injunction, (ECF No. 8 at 2), the undersigned recommends that the petition for writ of habeas corpus be granted.

///

///

### III.

### RECOMMENDATION

Based on the foregoing, the undersigned HEREBY RECOMMENDS that the petition for writ of habeas corpus be GRANTED.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections, **no longer than fifteen (15) pages, including exhibits**, with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 27, 2026**                    /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE

3